No. 71–549.   GIAMO v. FLORIDA.   Dist. Ct. App. Fla., 3d Dist.   Certiorari denied.

No. 71–551.   GOLDSTEIN v. FLORIDA STATE BOARD OF DENTISTRY.   C. A. 5th Cir.   Certiorari denied.

No. 71–556.   UNITED STATES STEEL CORP. v. PECK. C. A. 8th Cir.   Certiorari denied.

No. 71–557.   DEUTSCH v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 71–560.   LEDES v. UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.

No. 71–562.   EATON v. HOBSON.   C. A. 6th Cir.   Certiorari denied.

No. 71–566.   FISHBEIN ET AL. v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 71–570.   BURLINGTON INDUSTRIES, INC. v. THIOKOL CHEMICAL CORP.; and
No. 71–585.   THIOKOL CHEMICAL CORP. v. BURLINGTON INDUSTRIES, INC., ET AL.   C. A. 3d Cir.   Certiorari denied.   Reported below: 448 F. 2d 1328.

No. 71–622.   BODE ET AL. v. NATIONAL DEMOCRATIC PARTY ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 71–5006.   COFFMAN ET AL. v. TENNESSEE.   Ct. Crim. App. Tenn.   Certiorari denied.

No. 71–5175.   DUCKSON v. SOUTH CAROLINA.   Sup. Ct. S. C.   Certiorari denied.